LAW OFFICE OF

# ROBERT J. DEL COL
ATTORNEY AT LAW

1038 WEST JERICHO TURNPIKE
SMITHTOWN • NEW YORK 11787
(631) 271-4684 • FAX (631) 629-4583
EMAIL: attorneyrobertdelcol@yahoo.com

ROBERT J. DEL COL, ESQ.
JOSEPH S. GULINO, JR., ESQ.

March 13, 2012

(via ECF)
Honorable Jack B. Weinstein
Brooklyn Federal Court
Eastern District
225 Cadman Plaza East,
New York, NY 11201-1832

Re:         *United States of America v. Robert Spatafora*
Case No.:   CR10-474

Dear Honorable Sir:

    As the Court may remember, this office represented Robert Spatafora in the criminal proceeding referred to hereinabove which was concluded in May of 2011.

    As part and parcel of the plea arrangement, Mr. Spatafora was entitled to the release of $25,000.00 which was, in turn, promised to this office and represented the balance of Mr. Spatafora's legal bill. Moreover, the $25,000.00 payment included the payment of legal fees promised to this office by Mr. Spatafora in connection with certain felony charges lodged in the Suffolk County Court against Paul Spatafora, Robert's brother.

    Given these facts, I do not understand Mr. Spatafora's instant motion inasmuch as the money, in keeping with our clear and unequivocal understanding, was turned over to this office and finally squared away both legal bills referred to hereinabove. Under these facts and circumstances, the Government has complied with its obligation and apparently Mr. Spatafora has forgotten about our understanding *vis à vis* the payment of outstanding legal fees from the return of forfeited funds.

    Of course, should there be any questions or concerns, please do not hesitate to contact me at the number provided hereinabove. I remain,

1

Most Respectfully and Sincerely Yours,

**ROBERT J. DEL COL, ESQ.**

RDC/kt

Cc: (via ECF)
    Stephen Frank, Esq.
    United States District Attorney's Office
    United States Department of Probation and Parole